In the Matter of the Application of NETTIE J. CAULD-WELL, as Executrix of ELIZA E. CAULDWELL, Deceased, Appellant, for a Peremptory Writ of Mandamus against WILLIAM A. PRENDERGAST, as Comptroller of the City of New York, Respondent.

*Matter of Cauldwell* v. *Prendergast*, 156 App. Div. 661, affirmed.
(Submitted June 6, 1913; decided June 20, 1913.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1913, which reversed so much of an order of Special Term as granted a motion for a peremptory writ of mandamus to compel defendant to pay to the petitioner a certain sum as interest upon an award made by

the so-called change of grade damage commission and affirmed so much of said order as denied interest on the sum claimed.

*Barclay E. V. McCarty* and *John M. Harrington* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Charles J. Nehrbas* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WILLARD BARTLETT, HISCOCK, CHASE, HOGAN and MILLER, JJ.